UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:20-cr-00335-JMS-MJD |
| MICHAEL FULLBRIGHT (01), | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kellie Barr's Report and Recommendation dkt [61] recommending that Michael Fullbright's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Barr's Report and Recommendation dkt [61]. The Court finds that Mr. Fullbright committed Violation Numbers 3, 4, and 5 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [54]. The Court dismissed Violation Numbers 1 and 2 at dkt [54]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Fullbright is sentenced to the custody of the Attorney General or his designee for a period of fourteen (14) months and with no supervised release to follow.

Date: 11/7/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system